UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NICK DIGREGORIO, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

BROWNELLS, INC.,

    Defendant.

Case No. 2:23-cv-04557-JMY
The Hon. John Milton Younge

## DEFENDANT'S MOTION TO DISMISS

Defendant Brownells, Inc., by counsel, hereby moves to dismiss the complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. In support thereof, Defendant submits the accompanying memorandum in support.

**BROWNELLS, INC.**

By Counsel,

*/s/ Jennifer B. Hagedorn*
Jennifer B. Hagedorn, Esq.
Bowles Rice LLP
Southpointe Town Center
1800 Main Street, Suite 200
Canonsburg, PA 15317
Telephone: (724) 514-8915
Facsimile: (724) 514-8954
jhagedorn@bowlesrice.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NICK DIGREGORIO, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

    Case No. 2:23-cv-04557-JMY
    The Hon. John Milton Younge

BROWNELLS, INC.,

    Defendant.

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of January 2024, I served a true and correct copy of ***Defendant's Motion to Dismiss*** upon those persons registered to receive electronic notices in this case by means of the Court's EM/ECF noticing system.

    */s/ Jennifer B. Hagedorn*
    Jennifer B. Hagedorn, Esq.

16538735.1